**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAN REMPE

       Plaintiff,

    v.

SAMSUNG ELECTRONICS, CO, LTD.,
et al.,

       Defendants.
_____/

No. C 07-01152 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for June 7, 2007 has been **reset to June 6, 2007 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. All other deadlines in the Court's Order Setting Initial Case Management Conference remain in effect.

Dated: April 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy