FRANCIS O. SCARPULLA (Cal. S.B. 41059)
CRAIG C. CORBITT (Cal. S.B. 83251)
PAMELA WOODSIDE (Cal. S.B. 226212)
QIANWEI FU (Cal. S.B. 242669)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel
for Indirect-Purchaser Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Master File No. M: 07-cv-01819 CW<br><br>MDL No. 1819 |
| This document relates to:<br><br>*Dataplex, Inc. v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-06491 CW<br><br>*Proiette v. Cypress Semiconductor Corporation, et al.*; No. 4:06-cv-06501-CW<br><br>*Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*; No. 4:06-cv-06533-CW<br><br>*Ribo v. Cypress Semiconductor Corporation, et al.*; No. 4:06-cv-06535-CW<br><br>*Price v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01018-CW<br><br>*Madsen v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-06541-CW<br><br>*Maites, et al. v. Samsung Electronics Co., Ltd., et al.*; No. 4:06-cv-06542-CW<br><br>*Bisel v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01621-CW | **AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE IBM DEFENDANTS**<br>**[F.R.C.P. Rule, 41(a)(1)]** |

| | |
|---|---|
| 1 | *Juskiewicz v. Samsung Electronics Co., Ltd., et al.*; No. 4-06-cv-06668-CW |
| 2 | |
| 3 | *Munoz v. Samsung Electronics Co. Ltd., et al.*; No. 4:07-cv-01622-CW |
| 4 | *Takeda v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-06663-CW |
| 5 | |
| 6 | *Benson, et al. v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01648-CW |
| 7 | *Miles v. Samsung Electronics Company, Ltd., et al.*; No. 4:07-cv-01617-CW |
| 8 | |
| 9 | *Ayers, et al. v. Samsung Electronics Co., Ltd., et al.*; No. 4:06-cv-06770-CW |
| 10 | *Fairmont Orthopedics &Sports Medicine, PA v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01635-CW |
| 11 | |
| 12 | *Kornegay v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01637-CW |
| 13 | |
| 14 | *Ronnie Barnes v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01625-CW |
| 15 | *Stawski v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01651-CW |
| 16 | |
| 17 | *Jacobs v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01655-CW |
| 18 | *Morgan v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01616-CW |
| 19 | |
| 20 | *Thompson, et al. v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-07006-CW |
| 21 | *Cater v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01640-CW |
| 22 | |
| 23 | *Stargate Films Inc. v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-07007-CW |
| 24 | |
| 25 | *Bly v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01623-CW |
| 26 | *Ferguson v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01628-CW |
| 27 | |
| 28 | *Hawk v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01642-CW |

| | |
|---|---|
| 1 | *Lambert, et al. v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01656-CW |
| 2 | |
| 3 | *Davis, et al. v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01627-CW |
| 4 | |
| 5 | *Lauttamus v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01654-CW |
| 6 | *Sterenberg v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01619-CW |
| 7 | |
| 8 | *Steinberg v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01641-CW |
| 9 | *Crawford v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01647-CW |
| 10 | |
| 11 | *Katz v. Samsung Electronics Co., Ltd., et al.*; No. 4:06-cv-07194-CW |
| 12 | *Bagwell v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01634-CW |
| 13 | |
| 14 | *Romero v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01643-CW |
| 15 | *Livingston v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01636-CW |
| 16 | |
| 17 | *McDonald v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01646 CW |
| 18 | *Cuevas v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01644-CW |
| 19 | |
| 20 | *Hall v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01615-CW |
| 21 | *Kramer v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01632-CW |
| 22 | |
| 23 | *Martin v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01633-CW |
| 24 | *Watson v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01650-CW |
| 25 | |
| 26 | *Paguirigan v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01653-CW |
| 27 | *Markey v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-07428-CW |
| 28 | |

-3-

AMENDED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF IBM DEFENDANTS

1  *Olson v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01639-CW
2
3  *Reedy v. Cypress Semiconductor Corporation, et al.*; No. 4:06-cv-07731-CW
4  *Harmon v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01618-CW
5
6  *Luekel v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-01630-CW
7  *Gertzen v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01645-CW
8
9  *Birdsong v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01649-CW
10 *Canada v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-01624-CW
11
12 *Greenwell, et al. v. Alliance Semiconductor Corporation, et al.*; No. 4:06-cv-07950-CW
13 *Ralik v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-00228-CW
14
15 *Hickman v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01638-CW
16 *Vinson, et al. v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01620-CW
17
18 *Van Dyk v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01629-CW
19 *Clarke v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01631-CW
20
21 *Belke v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01652-CW
22 *Baranic v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-00509-CW
23
24 *James Barnes v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-00916-CW
25 *Perez v. Alliance Semiconductor Corporation, et al.*; No. 4:07-cv-00918-CW
26
27 *Koch v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-00949-CW
28 ///

AMENDED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF IBM DEFENDANTS

| | |
|---|---|
| 1 | *Hochstein v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-00950-CW |
| 2 | |
| 3 | *Kreitzer, et al. v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-00969-CW |
| 4 | *Salzman, et al. v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-00993-CW |
| 5 | |
| 6 | *Sparks v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-01999-CW |
| 7 | *Loomis v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-02000-CW |
| 8 | |
| 9 | *Carrillo v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-02138-CW |
| 10 | *Zaas v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-02136-CW |
| 11 | |
| 12 | *Austin v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-02137-CW |
| 13 | *Allen v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-02134-CW |
| 14 | |
| 15 | *Karadsheh v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-02135-CW |
| 16 | *FitzSimmons v. Samsung Electronics Co., Ltd., et al.*; No. 4:07-cv-02287-CW |
| 17 | |
| 18 | *Sullivan v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-02386-CW |
| 19 | *Oyadomori, et al. v. Cypress Semiconductor Corporation, et al.*; No. 4:07-cv-03369-CW |
| 20 | |
| 21 | *Rempe v. Samsung Electronics Co., Ltd., et al.*; No. 3:07-cv-01152-CW |

On August 14, 2007, Lead and Liaison Counsel for the Indirect-Purchaser Plaintiffs, pursuant to F.R.C.P. 41(a)(1), filed the Notice of Voluntary Dismissal, with prejudice, as to named defendants International Business Machines Corporation and IBM Microelectronics,

///

///

1  Inc., which is attached hereto as Exhibit A. This current notice is filed in each of the above-
2  captioned matters to clarify those cases in which this Dismissal is effective.
3
4  Dated: August 20, 2007                    By: /s/ Francis O. Scarpulla
5                                                Francis O. Scarpulla
6                                            Craig C. Corbitt
                                              Pamela Woodside
7                                            Qianwei Fu
                                              ZELLE, HOFMANN, VOELBEL, MASON
8                                            & GETTE LLP
                                              44 Montgomery Street, Suite 3400
9                                            San Francisco, CA 94104
                                              Telephone:    (415) 693-0700
10                                           Facsimile:    (415) 693-0770
11                                           Lead and Liaison Counsel
                                              for Indirect-Purchaser Plaintiffs
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-6-
AMENDED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF IBM DEFENDANTS

## PROOF OF SERVICE

I, C.P. Cusick, declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on August 20, 2007, I served a true and correct copy of the following document(s) in the manner indicated below:

**AMENDED NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO THE IBM DEFENDANTS**

**By USDC Live System-Document Filing System:** on all parties registered for e-filing in the above-captioned litigation.

Dated: August 20, 2007         *C.P. Cusick /s/*
                               C.P. Cusick

# EXHIBIT A

FRANCIS O. SCARPULLA (Cal. S.B. 41059)
CRAIG C. CORBITT (Cal. S.B. 83251)
CHRISTOPHER T. MICHELETTI (Cal. S.B. 136446)
JUDITH A. ZAHID (Cal. S.B. 215418)
MATTHEW R. SCHULTZ (Cal. S.B. 220641)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Liaison Counsel for Indirect-Purchaser Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Master File No. M: 07-cv-01819 CW<br><br>MDL No. 1819 |
| This document relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE IBM DEFENDANTS**<br>[F.R.C.P. Section, 41(a)(1)] |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Indirect-Purchaser Plaintiffs hereby dismiss all claims made in MDL 1819, with prejudice, against named defendants International Business Machines Corporation and IBM Microelectronics, Inc.

Dated: August 14, 2007        By: /s/ Francis O. Scarpulla

ZELLE HOFMANN VOELBEL MASON & GETTE, LLP

Liaison Counsel, Indirect-Purchaser Plaintiffs

-1-
NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF IBM DEFENDANTS

## PROOF OF SERVICE

I, C.P. Cusick, declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on August 14, 2007, I served a true and correct copy of the following document(s) in the manner indicated below:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE IBM DEFENDANTS**

☒ **By USDC Live System-Document Filing System:** on all parties registered for e-filing in the above-captioned litigation.

Dated: August 14, 2007                *C.P. Cusick /s/*
                                      C.P. Cusick

---
-2-
NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF IBM DEFENDANTS